IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEONTE DAVIS**, <br><br> Plaintiff, <br><br> *v.* <br><br> **CITY OF PHILADELPHIA, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 21-5616-KSM** |

## ORDER

**AND NOW**, this 1st day of March, 2022, upon consideration of the parties' Joint Motion for Extension of Time to File Answer (Doc. No. 3), and finding good cause shown, it is **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. Defendants shall answer or otherwise respond to Plaintiff's Complaint by March 15, 2022.

2. In the event Plaintiff files an Amended Complaint, Defendants shall answer or otherwise respond to Plaintiff's Amended Complaint within 30 days from the date the Amended Complaint is filed.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.