# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEONTE DAVIS**,<br><br>    Plaintiff,<br><br>    v.<br><br>**CITY OF PHILADELPHIA, et al.**,<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 21-5616-KSM** |

## ORDER

**AND NOW**, this 11th day of April, 2022, upon consideration of Plaintiff's unopposed Motion for Leave to File an Amended Complaint (Doc. No. 5), and finding that the interest of justice so requires under Federal Rule of Civil Procedure 15(a), it is **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to file the First Amended Complaint (Doc. No. 5-1).

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.