IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEONTE DAVIS**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA**, et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 21-5616-KSM** |

## ORDER

**AND NOW**, this 21st day of October, 2022, upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. No. 26), which the City does not oppose (Doc. No. 27), and finding that justice so requires granting leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** Plaintiff's Motion (Doc. No. 26). Plaintiff is directed to file the Second Amended Complaint on the docket.

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.